## MORRIS WALTIRE v. E. CARRIGER.

### *Error from Shawnee County.*

*Decided February 5th, 1866.*

1. ERROR: CONFLICT OF EV.—When a motion to enter satisfaction of a judgment on the record has been heard and decided upon affidavits, and the evidence was conflicting, this court will not reverse the order of the court below.

2. ID: WEIGHING EVIDENCE.—If there appears to have been evidence adduced competent to support the finding of the court below, this court will not undertake to judge of the weight of such evidence.

This petition in error was brought to reverse an order of satisfaction of a judgment against the defendant theretofore rendered in the action, wherein the plaintiff in error was plaintiff and defendant in error was defendant. The motion was made by defendant. On the hearing of the motion, evidence was introduced in the form of affidavits of different witnesses, and the return upon an execution issued in the case; the statements appearing in which are conflicting as to whether the judgment had been paid or not. Exceptions were preserved to the ruling.

*J. P. Greer*, for plaintiff in error.

*L. McArthur*, for defendant in error.

*By the Court,* BAILEY, J.

The judgment below affirmed.